No. 530. UNITED STATES *v.* EQUITABLE TRUST CO. ET AL. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.

*Solicitor General Hughes, Assistant Attorney General Richardson,* and *Mr. George C. Butte* for the United States. *Messrs. Carroll G. Walter* and *Almond D. Cochran* for respondents.